J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Suguei Almoguer Lopez a/k/a Suguei Almoguer
a/k/a Almoguer Lopez, an individual and
d/b/a Amazon.com Seller OOPMoviesOOP
3420 SW 87th Ave.
Portland, OR 97225
Telephone: (503) 292-1858

Defendant, *in pro se*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No.: CV13-0879 CBM (JPRx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION [JS-6] |
| v. | |
| Suguei Almoguer Lopez a/k/a Suguei Almoguer a/k/a Almoguer Lopez, an individual and d/b/a Amazon.com Seller OOPMoviesOOP and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Suguei Almoguer Lopez a/k/a Suguei Almoguer a/k/a Almoguer Lopez, an individual and d/b/a as Amazon.com Seller OOPMoviesOOP ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her

successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

   b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download,

distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

/ / /

/ / /

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: July 10, 2013

_____
Hon. Consuelo B. Marshall
United States District Judge

CC:FISCAL

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Suguei Almoguer Lopez a/k/a Suguei Almoguer
a/k/a Almoguer Lopez, an individual and
d/b/a Amazon.com Seller OOPMoviesOOP

By: _____
        Suguei Almoguer Lopez
Defendant, *in pro se*

**EXHIBIT A**
**COPYRIGHT REGISTRATIONS**

| Registration No. | Description | Copyright Claimant |
|---|---|---|
| PA 694-704 | BABYLON 5: Babylon 5 | PTN Consortium, a Division of Time Warner Entertainment Company ("PTNC") |
| PA 703-912 | BABYLON 5: Chrysalis Extra not on IMDB | PTNC |
| PA 703-904 | BABYLON 5: Midnight On The Firing Line | PTNC |
| PA 703-882 | BABYLON 5: Soul Hunter | PTNC |
| PA 703-903 | BABYLON 5: Born To The Purple | PTNC |
| PA 703-886 | BABYLON 5: Infection | PTNC |
| PA 703-908 | BABYLON 5: Parliament Of Dreams | PTNC |
| PA 703-910 | BABYLON 5: Mind War | PTNC |
| PA 703-907 | BABYLON 5: The War Prayer | PTNC |
| PA 703-906 | BABYLON 5: And The Sky Full Of Stars | PTNC |
| PA 703-911 | BABYLON 5: Deathwalker | PTNC |
| PA 703-905 | BABYLON 5: Believers | PTNC |
| PA 703-913 | BABYLON 5: Survivors | PTNC |
| PA 703-883 | BABYLON 5: By Any Means Necessary | PTNC |
| PA 703-885 | BABYLON 5: Signs And Portents | PTNC |
| PA 703-890 | BABYLON 5: TKO | PTNC |
| PA 703-909 | BABYLON 5: Grail | PTNC |
| PA 703-888 | BABYLON 5: Eyes | PTNC |
| PA 703-884 | BABYLON 5: Legacies | PTNC |
| PA 703-889 | BABYLON 5: A Voice In The Wilderness: Part 1 | PTNC |
| PA 703-887 | BABYLON 5: A Voice In The Wilderness: Part 2 | PTNC |
| PA 703-891 | BABYLON 5: Babylon Squared | PTNC |

| PA 703-892 | BABYLON 5: The Quality Of Mercy | PTNC |
|---|---|---|
| PA 703-914 | BABYLON 5: Points Of Departure | PTNC |
| PA 703-915 | BABYLON 5: Revelations | PTNC |
| PA 703-916 | BABYLON 5: The Geometry Of Shadows | PTNC |
| PA 703-917 | BABYLON 5: A Distant Star | PTNC |
| PA 703-918 | BABYLON 5: The Long Dark | PTNC |
| PA 703-919 | BABYLON 5: Spider In The Web | PTNC |
| PA 703-921 | BABYLON 5: Soul Mates | PTNC |
| PA 703-920 | BABYLON 5: A Race Through Dark Places | PTNC |
| PA 703-922 | BABYLON 5: The Coming Of Shadows | PTNC |
| PA 703-894 | BABYLON 5: Gropos | PTNC |
| PA 703-895 | BABYLON 5: All Alone In The Night | PTNC |
| PA 703-896 | BABYLON 5: Acts Of Sacrifice | PTNC |
| PA 703-897 | BABYLON 5: Hunter, Prey | PTNC |
| PA 703-899 | BABYLON 5: There All The Honor Lies | PTNC |
| PA 703-898 | BABYLON 5: And Now For A Word | PTNC |
| PA 703-901 | BABYLON 5: In The Shadow Of Z'ha'dum | PTNC |
| PA 703-902 | BABYLON 5: Knives | PTNC |
| PA 703-900 | BABYLON 5: Confessions And Lamentations | PTNC |
| PA 708-332 | BABYLON 5: Divided Loyalties | PTNC |
| PA 708-333 | BABYLON 5: The Long, Twilight Struggle | PTNC |
| PA 708-330 | BABYLON 5: Comes The Inquisitor | PTNC |
| PA 708-334 | BABYLON 5: The Fall Of Night | PTNC |
| PA 872-603 | BABYLON 5: Matters of Honor | PTNC |
| PA 872-604 | BABYLON 5: Convictions | PTNC |
| PA 872-605 | BABYLON 5: A Day In The Strife | PTNC |
| PA 872-607 | BABYLON 5: Passing Through Gethsemane | PTNC |

| PA 872-606 | BABYLON 5: Voices Of Authority | PTNC |
|---|---|---|
| PA 872-608 | BABYLON 5: Dust To Dust | PTNC |
| PA 872-609 | BABYLON 5: Exogenesis | PTNC |
| PA 872-610 | BABYLON 5: Messages From Earth | PTNC |
| PA 872-611 | BABYLON 5: Point Of No Return | PTNC |
| PA 872-612 | BABYLON 5: Severed Dreams | PTNC |
| PA 872-613 | BABYLON 5: Ceremonies Of Light And Dark | PTNC |
| PA 872-615 | BABYLON 5: Sic Transit Vir | PTNC |
| PA 872-614 | BABYLON 5: A Late Delivery From Avalon | PTNC |
| PA 872-616 | BABYLON 5: Ship Of Tears | PTNC |
| PA 872-617 | BABYLON 5: Interludes And Examinations | PTNC |
| PA 872-618 | BABYLON 5: War Without End Part One | PTNC |
| PA 872-619 | BABYLON 5: War Without End Part Two | PTNC |
| PA 872-620 | BABYLON 5: Walkabout | PTNC |
| PA 872-621 | BABYLON 5: Grey 17 Is Missing | PTNC |
| PA 872-622 | BABYLON 5: And The Rock Cried Out, No Hiding Place | PTNC |
| PA 872-623 | BABYLON 5: Shadow Dancing | PTNC |
| PA 872-624 | BABYLON 5: Z'ha'dum | Time Warner Entertainment Company ("TWEC") |
| PA 929-526 | BABYLON 5: The Hour Of The Wolf | TWEC |
| PA 929-527 | BABYLON 5: Whatever Happened To Mr. Garibaldi? | TWEC |
| PA 929-528 | BABYLON 5: The Summoning | TWEC |
| PA 929-529 | BABYLON 5: Falling Toward Apotheosis | TWEC |
| PA 929-530 | BABYLON 5: The Long Night | TWEC |
| PA 929-531 | BABYLON 5: Into The Fire | TWEC |
| PA 929-532 | BABYLON 5: Epiphanies | TWEC |
| PA 929-533 | BABYLON 5: The Illusion Of Truth | TWEC |

| PA 929-534 | BABYLON 5: Atonement | TWEC |
|---|---|---|
| PA 929-535 | BABYLON 5: Racing Mars | TWEC |
| PA 929-536 | BABYLON 5: Lines Of Communication | TWEC |
| PA 929-537 | BABYLON 5: Conflicts Of Interest | TWEC |
| PA 929-538 | BABYLON 5: Rumors, Bargains And Lies | TWEC |
| PA 929-539 | BABYLON 5: Moments Of Transition | TWEC |
| PA 929-540 | BABYLON 5: No Surrender, No Retreat | TWEC |
| PA 929-541 | BABYLON 5: Exercise Of Vital Powers | TWEC |
| PA 929-542 | BABYLON 5: The Face Of The Enemy | TWEC |
| PA 929-543 | BABYLON 5: Intersections In Real Time | TWEC |
| PA 929-544 | BABYLON 5: Between The Darkness And The Light | TWEC |
| PA 929-545 | BABYLON 5: Endgame | TWEC |
| PA 929-546 | BABYLON 5: Rising Star | TWEC |
| PA 929-547 | BABYLON 5: The Deconstruction Of Falling Stars | TWEC |
| PA 929-365 | BABYLON 5: No Compromises | TWEC |
| PA 929-366 | BABYLON 5: The Very Long Night Of Londo Mollari | TWEC |
| PA 929-367 | BABYLON 5: The Paragon Of Animals | TWEC |
| PA 929-368 | BABYLON 5: A View From The Gallery | TWEC |
| PA 929-369 | BABYLON 5: Learning Curve | TWEC |
| PA 929-370 | BABYLON 5: Strange Relations | TWEC |
| PA 929-371 | BABYLON 5: Secrets Of The Soul | TWEC |
| PA 929-374 | BABYLON 5: Day Of The Dead | TWEC |
| PA 929-372 | BABYLON 5: In The Kingdom Of The Blind | TWEC |
| PA 929-373 | BABYLON 5: A Tragedy Of Telepaths | TWEC |

| PA 929-375 | BABYLON 5: Phoenix Rising | TWEC |
|---|---|---|
| PA 929-376 | BABYLON 5: Ragged Edge | TWEC |
| PA 929-377 | BABYLON 5: The Corps Is Mother, The Corps Is Father | TWEC |
| PA 929-378 | BABYLON 5: Mediations On The Abyss | TWEC |
| PA 929-379 | BABYLON 5: Darkness Ascending | TWEC |
| PA 929-380 | BABYLON 5: And All My Dreams, Torn Asunder | TWEC |
| PA 929-381 | BABYLON 5: Movements Of Fire And Shadow | TWEC |
| PA 929-382 | BABYLON 5: The Fall Of Centauri Prime | TWEC |
| PA 929-383 | BABYLON 5: The Wheel Of Fire | TWEC |
| PA 929-384 | BABYLON 5: Objects In Motion | TWEC |
| PA 929-385 | BABYLON 5: Objects At Rest | TWEC |
| PA 929-386 | BABYLON 5: Sleeping In Light | TWEC |
| PA 1-733-273 | BIG LOVE: Winter | Home Box Office, Inc. ("HBO") |
| PA 1-729-909 | BIG LOVE: A Seat At The Table | HBO |
| PA 1-729-896 | BIG LOVE: Certain Poor Shepherds | HBO |
| PA 1-732-179 | BIG LOVE: The Oath | HBO |
| PA 1-741-708 | BIG LOVE: The Special Relationship | HBO |
| PA 1-736-212 | BIG LOVE: D.I.V.O.R.C.E | HBO |
| PA 1-741-709 | BIG LOVE: Til Death Do Us Part | HBO |
| PA 1-743-659 | BIG LOVE: The Noose Tightens | HBO |
| PA 1-737-340 | BIG LOVE: Exorcism | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-396-851 | BIG LOVE: Where Men And Mountains Meet | HBO |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |

| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
|---|---|---|
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 594-722 | GILLIGAN'S ISLAND: Two On A Raft | Turner Entertainment Company ("TEC"), Candace Silvers-Lee ("CSL"), Catherine Silvers-Burnett ("CSB"), Laury Silvers ("LS"), Nancy Silvers ("NS"), and Tracy Silvers ("TS") |
| PA 594-840 | GILLIGAN'S ISLAND: Home Sweet Hut | TEC, CSL, CSB, LS, NS, TS |
| PA 594-839 | GILLIGAN'S ISLAND: Voodoo Something To Me | TEC, CSL, CSB, LS, NS, TS |
| PA 594-838 | GILLIGAN'S ISLAND: Goodnight Sweet Skipper | TEC, CSL, CSB, LS, NS, TS |
| PA 594-721 | GILLIGAN'S ISLAND: Wrong Way Feldman | TEC, CSL, CSB, LS, NS, TS |
| PA 594-306 | GILLIGAN'S ISLAND: President Gilligan | TEC, CSL, CSB, LS, NS, TS |
| PA 594-304 | GILLIGAN'S ISLAND: The Sound Of Quacking | TEC, CSL, CSB, LS, NS, TS |
| PA 594-308 | GILLIGAN'S ISLAND: Goodbye Island | TEC, CSL, CSB, LS, NS, TS |
| PA 594-723 | GILLIGAN'S ISLAND: The Big Gold Strike | TEC, CSL, CSB, LS, NS, TS |
| PA 594-724 | GILLIGAN'S ISLAND: Waiting For Watubi | TEC, CSL, CSB, LS, NS, TS |
| PA 594-725 | GILLIGAN'S ISLAND: Angel On The Island | TEC, CSL, CSB, LS, NS, TS |
| PA 594-307 | GILLIGAN'S ISLAND: Birds Gotta Fly, Fish Gotta Talk | TEC, CSL, CSB, LS, NS, TS |

| PA 594-302 | GILLIGAN'S ISLAND: Three Million Dollars More Or Less | TEC, CSL, CSB, LS, NS, TS |
|---|---|---|
| PA 594-726 | GILLIGAN'S ISLAND: Water, Water Everywhere | TEC, CSL, CSB, LS, NS, TS |
| PA 594-727 | GILLIGAN'S ISLAND: So Sorry, My Island Now | TEC, CSL, CSB, LS, NS, TS |
| PA 594-719 | GILLIGAN'S ISLAND: Plant You Now, Dig You Later | TEC, CSL, CSB, LS, NS, TS |
| PA 595-592 | GILLIGAN'S ISLAND: Little Island, Big Gun | TEC, CSL, CSB, LS, NS, TS |
| PA 595-594 | GILLIGAN'S ISLAND: X Marks The Spot | TEC, CSL, CSB, LS, NS, TS |
| PA 594-728 | GILLIGAN'S ISLAND: Gilligan Meets Jungle Boy | TEC, CSL, CSB, LS, NS, TS |
| PA 594-729 | GILLIGAN'S ISLAND: St. Gilligan And The Dragon | TEC, CSL, CSB, LS, NS, TS |
| PA 595-593 | GILLIGAN'S ISLAND: Big Man On A Little Stick | TEC, CSL, CSB, LS, NS, TS |
| PA 594-301 | GILLIGAN'S ISLAND: Diamonds Are An Ape's Best Friend | TEC, CSL, CSB, LS, NS, TS |
| PA 594-732 | GILLIGAN'S ISLAND: How To Be A Hero | TEC, CSL, CSB, LS, NS, TS |
| PA 594-897 | GILLIGAN'S ISLAND: The Return Of Wrongway Feldman | TEC, CSL, CSB, LS, NS, TS |
| PA 594-896 | GILLIGAN'S ISLAND: The Matchmaker | TEC, CSL, CSB, LS, NS, TS |
| PA 594-898 | GILLIGAN'S ISLAND: Music Hath Charms | TEC, CSL, CSB, LS, NS, TS |
| PA 594-731 | GILLIGAN'S ISLAND: New Neighbor Sam | TEC, CSL, CSB, LS, NS, TS |
| PA 594-305 | GILLIGAN'S ISLAND: They're Off And Running | TEC, CSL, CSB, LS, NS, TS |
| PA 594-730 | GILLIGAN'S ISLAND: Three To Get Ready | TEC, CSL, CSB, LS, NS, TS |
| PA 594-895 | GILLIGAN'S ISLAND: Forget Me Not | TEC, CSL, CSB, LS, NS, TS |
| PA 594-837 | GILLIGAN'S ISLAND: Diogenes, Please Go Home | TEC, CSL, CSB, LS, NS, TS |

| PA 594-835 | GILLIGAN'S ISLAND: Physical Fatness | TEC, CSL, CSB, LS, NS, TS |
|---|---|---|
| PA 594-893 | GILLIGAN'S ISLAND: It's Magic | TEC, CSL, CSB, LS, NS, TS |
| PA 594-836 | GILLIGAN'S ISLAND: Goodbye Old Paint | TEC, CSL, CSB, LS, NS, TS |
| PA 594-894 | GILLIGAN'S ISLAND: My Fair Gilligan | TEC, CSL, CSB, LS, NS, TS |
| PA 594-303 | GILLIGAN'S ISLAND: A Nose By Any Other Name | TEC, CSL, CSB, LS, NS, TS |
| RE 624-617 | GILLIGAN'S ISLAND: Gilligan's Mother In Law | TEC, CSL, CSB, LS, NS, TS |
| RE 624-620 | GILLIGAN'S ISLAND: Beauty Is As Beauty Does | TEC, CSL, CSB, LS, NS, TS |
| RE 624-626 | GILLIGAN'S ISLAND: The Little Dictator | TEC, CSL, CSB, LS, NS, TS |
| RE 624-619 | GILLIGAN'S ISLAND: Smile, You're On Mars Camera | TEC, CSL, CSB, LS, NS, TS |
| RE 624-618 | GILLIGAN'S ISLAND: The Sweepstakes | TEC, CSL, CSB, LS, NS, TS |
| RE 624-622 | GILLIGAN'S ISLAND: Quick Before It Sinks | TEC, CSL, CSB, LS, NS, TS |
| RE 624-623 | GILLIGAN'S ISLAND: Castaways Pictures Presents | TEC, CSL, CSB, LS, NS, TS |
| RE 624-625 | GILLIGAN'S ISLAND: Agonized Labor | TEC, CSL, CSB, LS, NS, TS |
| RE 624-624 | GILLIGAN'S ISLAND: Nyet, Nyet, Not Yet | TEC, CSL, CSB, LS, NS, TS |
| RE 624-627 | GILLIGAN'S ISLAND: Hi Fi Gilligan | TEC, CSL, CSB, LS, NS, TS |
| RE 624-628 | GILLIGAN'S ISLAND: The Chain Of Command | TEC, CSL, CSB, LS, NS, TS |
| RE 624-632 | GILLIGAN'S ISLAND: Don't Bug The Mosquitoes | TEC, CSL, CSB, LS, NS, TS |
| RE 624-631 | GILLIGAN'S ISLAND: Gilligan Gets Bugged | TEC, CSL, CSB, LS, NS, TS |
| RE 624-630 | GILLIGAN'S ISLAND: Mine Hero | TEC, CSL, CSB, LS, NS, TS |

| RE 624-629 | GILLIGAN'S ISLAND: Erika Tiffany Smith To The Rescue | TEC, CSL, CSB, LS, NS, TS |
|---|---|---|
| RE 624-633 | GILLIGAN'S ISLAND: Not Guilty | TEC, CSL, CSB, LS, NS, TS |
| RE 624-634 | GILLIGAN'S ISLAND: You've Been Disconnected | TEC, CSL, CSB, LS, NS, TS |
| RE 624-635 | GILLIGAN'S ISLAND: The Postman Cometh | TEC, CSL, CSB, LS, NS, TS |
| RE 624-636 | GILLIGAN'S ISLAND: Seer Gilligan | TEC, CSL, CSB, LS, NS, TS |
| RE 624-637 | GILLIGAN'S ISLAND: Love Me, Love My Skipper | TEC, CSL, CSB, LS, NS, TS |
| RE 624-638 | GILLIGAN'S ISLAND: Gilligan's Living Doll | TEC, CSL, CSB, LS, NS, TS |
| RE 624-639 | GILLIGAN'S ISLAND: Forward March | TEC, CSL, CSB, LS, NS, TS |
| RE 624-640 | GILLIGAN'S ISLAND: Ship Ahoax | TEC, CSL, CSB, LS, NS, TS |
| RE 658-647 | GILLIGAN'S ISLAND: Feed The Kitty | TEC, CSL, CSB, LS, NS, TS |
| RE 658-643 | GILLIGAN'S ISLAND: Operation: Steam Heat | TEC, CSL, CSB, LS, NS, TS |
| RE 658-644 | GILLIGAN'S ISLAND: Will The Real Mr. Howell Please Stand Up? | TEC, CSL, CSB, LS, NS, TS |
| RE 658-648 | GILLIGAN'S ISLAND: Ghost-A-Go-Go | TEC, CSL, CSB, LS, NS, TS |
| RE 658-649 | GILLIGAN'S ISLAND: Allergy Time | TEC, CSL, CSB, LS, NS, TS |
| RE 658-645 | GILLIGAN'S ISLAND: V For Vitamins | TEC, CSL, CSB, LS, NS, TS |
| RE 658-646 | GILLIGAN'S ISLAND: Mr. And Mrs. ??? | TEC, CSL, CSB, LS, NS, TS |
| RE 658-651 | GILLIGAN'S ISLAND: Meet The Meteor | TEC, CSL, CSB, LS, NS, TS |
| RE 658-692 | GILLIGAN'S ISLAND: Up At Bat | TEC, CSL, CSB, LS, NS, TS |
| RE 658-703 | GILLIGAN'S ISLAND: Gilligan vs. Gilligan | TEC, CSL, CSB, LS, NS, TS |

| RE 658-702 | GILLIGAN'S ISLAND: Pass The Vegetables, Please | TEC, CSL, CSB, LS, NS, TS |
|---|---|---|
| RE 658-701 | GILLIGAN'S ISLAND: The Producer | TEC, CSL, CSB, LS, NS, TS |
| RE 658-700 | GILLIGAN'S ISLAND: Voodoo | TEC, CSL, CSB, LS, NS, TS |
| RE 658-699 | GILLIGAN'S ISLAND: Where There's A Will | TEC, CSL, CSB, LS, NS, TS |
| RE 658-698 | GILLIGAN'S ISLAND: Man With A Net | TEC, CSL, CSB, LS, NS, TS |
| RE 658-697 | GILLIGAN'S ISLAND: Hair Today, Gone Tomorrow | TEC, CSL, CSB, LS, NS, TS |
| RE 658-696 | GILLIGAN'S ISLAND: Ring Around Gilligan | TEC, CSL, CSB, LS, NS, TS |
| RE 658-695 | GILLIGAN'S ISLAND: Topsy-Turvy | TEC, CSL, CSB, LS, NS, TS |
| RE 658-694 | GILLIGAN'S ISLAND: The Invasion | TEC, CSL, CSB, LS, NS, TS |
| RE 658-693 | GILLIGAN'S ISLAND: The Kidnapper | TEC, CSL, CSB, LS, NS, TS |
| RE 658-688 | GILLIGAN'S ISLAND: And Then There Were None | TEC, CSL, CSB, LS, NS, TS |
| RE 658-691 | GILLIGAN'S ISLAND: All About Eva | TEC, CSL, CSB, LS, NS, TS |
| RE 658-690 | GILLIGAN'S ISLAND: Gilligan Goes Gung-Ho | TEC, CSL, CSB, LS, NS, TS |
| RE 658-689 | GILLIGAN'S ISLAND: Take A Dare | TEC, CSL, CSB, LS, NS, TS |
| RE 658-687 | GILLIGAN'S ISLAND: Court-Martial | TEC, CSL, CSB, LS, NS, TS |
| RE 658-704 | GILLIGAN'S ISLAND: The Hunter | TEC, CSL, CSB, LS, NS, TS |
| RE 658-705 | GILLIGAN'S ISLAND: Lovey's Secret Admirer | TEC, CSL, CSB, LS, NS, TS |
| RE 658-706 | GILLIGAN'S ISLAND: Our Vines Have Tender Apes | TEC, CSL, CSB, LS, NS, TS |
| RE 701-580 | GILLIGAN'S ISLAND: Gilligan's Personal Magnetism | TEC, CSL, CSB, LS, NS, TS |

| RE 658-707 | GILLIGAN'S ISLAND: Splashdown | TEC, CSL, CSB, LS, NS, TS |
|---|---|---|
| RE 701-581 | GILLIGAN'S ISLAND: High Man On The Totem Pole | TEC, CSL, CSB, LS, NS, TS |
| RE 701-582 | GILLIGAN'S ISLAND: The Second Ginger Grant | TEC, CSL, CSB, LS, NS, TS |
| RE 658-708 | GILLIGAN'S ISLAND: The Secret Of Gilligan's Island | TEC, CSL, CSB, LS, NS, TS |
| RE 701-583 | GILLIGAN'S ISLAND: Slave Girl | TEC, CSL, CSB, LS, NS, TS |
| RE 701-585 | GILLIGAN'S ISLAND: It's A Bird, It's A Plane | TEC, CSL, CSB, LS, NS, TS |
| RE 701-586 | GILLIGAN'S ISLAND: The Pigeon | TEC, CSL, CSB, LS, NS, TS |
| RE 701-584 | GILLIGAN'S ISLAND: Bang! Bang! Bang! | TEC, CSL, CSB, LS, NS, TS |
| RE 658-709 | GILLIGAN'S ISLAND: Gilligan, The Goddess | TEC, CSL, CSB, LS, NS, TS |
| PA 1-669-962 | IN TREATMENT: Mia: Week One | HBO |
| PA 1-669-666 | IN TREATMENT: April: Week One | HBO |
| PA 1-669-702 | IN TREATMENT: Oliver: Week One | HBO |
| PA 1-669-672 | IN TREATMENT: Walter: Week One | HBO |
| PA 1-669-696 | IN TREATMENT: Gina: Week One | HBO |
| PA 1-669-707 | IN TREATMENT: Mia: Week Two | HBO |
| PA 1-669-677 | IN TREATMENT: April: Week Two | HBO |
| PA 1-669-698 | IN TREATMENT: Oliver: Week Two | HBO |
| PA 1-669-691 | IN TREATMENT: Walter: Week Two | HBO |
| PA 1-669-686 | IN TREATMENT: Gina: Week Two | HBO |
| PA 1-666-757 | IN TREATMENT: Mia: Week Three | HBO |
| PA 1-664-955 | IN TREATMENT: April: Week Three | HBO |
| PA 1-666-714 | IN TREATMENT: Oliver: Week Three | HBO |

| PA 1-783-995 | IN TREATMENT: Walter: Week Three | HBO |
|---|---|---|
| PA 1-664-947 | IN TREATMENT: Gina: Week Three | HBO |
| PA 1-784-001 | IN TREATMENT: Mia: Week Four | HBO |
| PA 1-664-446 | IN TREATMENT: April: Week Four | HBO |
| PA 1-783-961 | IN TREATMENT: Oliver: Week Four | HBO |
| PA 1-675-854 | IN TREATMENT: Walter: Week Four | HBO |
| PA 1-783-979 | IN TREATMENT: Gina: Week Four | HBO |
| PA 1-783-972 | IN TREATMENT: Mia: Week Five | HBO |
| PA 1-783-974 | IN TREATMENT: April: Week Five | HBO |
| PA 1-783-975 | IN TREATMENT: Oliver: Week Five | HBO |
| PA 1-666-738 | IN TREATMENT: Walter: Week Five | HBO |
| PA 1-666-758 | IN TREATMENT: Gina: Week Five | HBO |
| PA 1-667-445 | IN TREATMENT: Mia: Week Six | HBO |
| PA 1-667-436 | IN TREATMENT: April: Week Six | HBO |
| PA 1-667-438 | IN TREATMENT: Oliver: Week Six | HBO |
| PA 1-667-443 | IN TREATMENT: Walter: Week Six | HBO |
| PA 1-667-432 | IN TREATMENT: Gina: Week Six | HBO |
| PA 1-664-914 | IN TREATMENT: Mia: Week Seven | HBO |
| PA 1-664-922 | IN TREATMENT: April: Week Seven | HBO |
| PA 1-664-907 | IN TREATMENT: Oliver: Week Seven | HBO |
| PA 1-664-909 | IN TREATMENT: Walter: Week Seven | HBO |
| PA 1-664-904 | IN TREATMENT: Gina: Week Seven | HBO |
| PA-1-715-767 | IN TREATMENT: Sunil: Week One | HBO |
| PA-1-715-761 | IN TREATMENT: Frances: Week One | HBO |
| PA-1-715-759 | IN TREATMENT: Jesse: Week One | HBO |
| PA-1-715-760 | IN TREATMENT: Adele: Week One | HBO |
| PA 1-715-057 | IN TREATMENT: Sunil: Week Two | HBO |

| PA 1-715-051 | IN TREATMENT: Frances: Week Two | HBO |
| --- | --- | --- |
| PA 1-715-056 | IN TREATMENT: Jesse: Week Two | HBO |
| PA 1-715-045 | IN TREATMENT: Adele: Week Two | HBO |
| PA 1-718-839 | IN TREATMENT: Sunil: Week Three | HBO |
| PA 1-718-838 | IN TREATMENT: Frances: Week Three | HBO |
| PA 1-718-847 | IN TREATMENT: Jesse: Week Three | HBO |
| PA 1-718-845 | IN TREATMENT: Adele: Week Three | HBO |
| PA 1-718-841 | IN TREATMENT: Sunil: Week Four | HBO |
| PA 1-719-472 | IN TREATMENT: Frances: Week Four | HBO |
| PA 1-719-471 | IN TREATMENT: Jesse: Week Four | HBO |
| PA 1-719-474 | IN TREATMENT: Adele: Week Four | HBO |
| PA 1-719-468 | IN TREATMENT: Sunil: Week Five | HBO |
| PA 1-719-470 | IN TREATMENT: Frances: Week Five | HBO |
| PA 1-719-469 | IN TREATMENT: Jesse: Week Five | HBO |
| PA 1-805-663 | IN TREATMENT: Adele: Week Five | HBO |
| PA 1-719-724 | IN TREATMENT: Sunil: Week Six | HBO |
| PA 1-719-725 | IN TREATMENT: Frances: Week Six | HBO |
| PA 1-719-847 | IN TREATMENT: Jesse: Week Six | HBO |
| PA 1-719-723 | IN TREATMENT: Adele: Week Six | HBO |
| PA 1-721-379 | IN TREATMENT: Sunil: Week Seven | HBO |
| PA 1-721-381 | IN TREATMENT: Frances: Week Seven | HBO |
| PA 1-721-380 | IN TREATMENT: Jesse: Week Seven | HBO |
| PA 1-721-382 | IN TREATMENT: Adele: Week Seven | HBO |

| PA 918-759 | LA FEMME NIKITA (SERIES)"Brainwash" | Warner Bros. Domestic Television Distribution, a division of Time Warner Entertainment Company, L.P. ("WBDTD") |
|---|---|---|
| PA 918-739 | LA FEMME NIKITA (SERIES) "Charity" | WBDTD |
| PA 918-747 | LA FEMME NIKITA (SERIES) "Choice" | WBDTD |
| PA 918-745 | LA FEMME NIKITA (SERIES) "Escape" | WBDTD |
| PA 918-742 | LA FEMME NIKITA (SERIES) "Friend" | WBDTD |
| PA 918-750 | LA FEMME NIKITA (SERIES) "Gambit" | WBDTD |
| PA 918-746 | LA FEMME NIKITA (SERIES) "Gray" | WBDTD |
| PA 918-749 | LA FEMME NIKITA (SERIES) "Innocent" | WBDTD |
| PA 918-740 | LA FEMME NIKITA (SERIES) "Love" | WBDTD |
| PA 918-758 | LA FEMME NIKITA (SERIES) "Mercy" | WBDTD |
| PA 918-753 | LA FEMME NIKITA (SERIES) "Missing" | WBDTD |
| PA 918-744 | LA FEMME NIKITA (SERIES) "Mother" | WBDTD |
| PA 918-738 | LA FEMME NIKITA (SERIES) "Nikita" | WBDTD |
| PA 918-754 | LA FEMME NIKITA (SERIES) "Noise" | WBDTD |
| PA 918-752 | LA FEMME NIKITA (SERIES) "Obsessed" | WBDTD |
| PA 918-751 | LA FEMME NIKITA (SERIES) "Recruit" | WBDTD |

| PA 918-748 | LA FEMME NIKITA (SERIES)<br>"Rescue" | WBDTD |
| --- | --- | --- |
| PA 918-741 | LA FEMME NIKITA (SERIES)<br>"Simone" | WBDTD |
| PA 918-743 | LA FEMME NIKITA (SERIES)<br>"Treason" | WBDTD |
| PA 918-757 | LA FEMME NIKITA (SERIES)<br>"Verdict" | WBDTD |
| PA 918-755 | LA FEMME NIKITA (SERIES)<br>"Voices" | WBDTD |
| PA 918-756 | LA FEMME NIKITA (SERIES)<br>"War" | WBDTD |
| PA 936-940 | LA FEMME NIKITA (SERIES)<br>"Adrian's Garden" | WBDTD |
| PA 936-923 | LA FEMME NIKITA (SERIES)<br>"Approaching Zero" | WBDTD |
| PA 936-927 | LA FEMME NIKITA (SERIES)<br>"Darkness Visible" | WBDTD |
| PA 936-936 | LA FEMME NIKITA (SERIES)<br>"Double Date" | WBDTD |
| PA 936-941 | LA FEMME NIKITA (SERIES)<br>"End Game" | WBDTD |
| PA 936-929 | LA FEMME NIKITA (SERIES)<br>"First Mission" | WBDTD |
| PA 936-932 | LA FEMME NIKITA (SERIES)<br>"Fuzzy Logic" | WBDTD |
| PA 936-926 | LA FEMME NIKITA (SERIES)<br>"Half Life" | WBDTD |
| PA 936-792 | LA FEMME NIKITA (SERIES)<br>"Hard Landing" | WBDTD |
| PA 936-939 | LA FEMME NIKITA (SERIES)<br>"In Between" | WBDTD |
| PA 936-934 | LA FEMME NIKITA (SERIES)<br>"Inside Out" | WBDTD |
| PA 936-938 | LA FEMME NIKITA (SERIES)<br>"Last Night" | WBDTD |
| PA 936-925 | LA FEMME NIKITA (SERIES)<br>"Mandatory Refusal" | WBDTD |

| PA 936-924 | LA FEMME NIKITA (SERIES) "New Regime" | WBDTD |
|---|---|---|
| PA 936-935 | LA FEMME NIKITA (SERIES) "Not Was" | WBDTD |
| PA 936-937 | LA FEMME NIKITA (SERIES) "Off Profile" | WBDTD |
| PA 936-933 | LA FEMME NIKITA (SERIES) "Old Habits" | WBDTD |
| PA 936-928 | LA FEMME NIKITA (SERIES)"Open Heart" | WBDTD |
| PA 936-930 | LA FEMME NIKITA (SERIES) "Psychic Pilgrim" | WBDTD |
| PA 936-931 | LA FEMME NIKITA (SERIES) "Soul Sacrifice" | WBDTD |
| PA 936-921 | LA FEMME NIKITA (SERIES) "Spec Ops" | WBDTD |
| PA 936-922 | LA FEMME NIKITA (SERIES) "Third Person" | WBDTD |
| PA 991-849 | LA FEMME NIKITA (SERIES) "Looking For Michael" | WBDTD |
| PA 991-850 | LA FEMME NIKITA (SERIES) "Someone Else's Shadow" | WBDTD |
| PA 991-851 | LA FEMME NIKITA (SERIES) "Opening Night Jitters" | WBDTD |
| PA 991-852 | LA FEMME NIKITA (SERIES) "Gates Of Hell" | WBDTD |
| PA 991-853 | LA FEMME NIKITA (SERIES) "Imitation Of Death" | WBDTD |
| PA 991-855 | LA FEMME NIKITA (SERIES) "Love And Country" | WBDTD |
| PA 991-854 | LA FEMME NIKITA (SERIES) "Cat And Mouse" | WBDTD |
| PA 991-857 | LA FEMME NIKITA (SERIES) "Outside The Box" | WBDTD |
| PA 991-858 | LA FEMME NIKITA (SERIES) "Slipping Into Darkness" | WBDTD |
| PA 991-856 | LA FEMME NIKITA (SERIES) "Under The Influence" | WBDTD |

| PA 991-859 | LA FEMME NIKITA (SERIES) "Walk On By" | WBDTD |
|---|---|---|
| PA 991-860 | LA FEMME NIKITA (SERIES) "Threshold Of Pain" | WBDTD |
| PA 991-861 | LA FEMME NIKITA (SERIES) "Beyond The Pale" | WBDTD |
| PA 991-863 | LA FEMME NIKITA (SERIES) "Han To Hand" | WBDTD |
| PA 991-864 | LA FEMME NIKITA (SERIES) "Before I Sleep" | WBDTD |
| PA 991-862 | LA FEMME NIKITA (SERIES)"I Remember Paris" | WBDTD |
| PA 991-866 | LA FEMME NIKITA (SERIES) "All Good Things" | WBDTD |
| PA 991-865 | LA FEMME NIKITA (SERIES) "Third Party Ripoff" | WBDTD |
| PA 991-867 | LA FEMME NIKITA (SERIES) "Any Means Necessary" | WBDTD |
| PA 991-870 | LA FEMME NIKITA (SERIES) "Three Eyed Turtle" | WBDTD |
| PA 991-868 | LA FEMME NIKITA (SERIES) "Playing With Fire" | WBDTD |
| PA 991-869 | LA FEMME NIKITA (SERIES) "On Borrowed Time" | WBDTD |
| PA 1-660-824 | LA FEMME NIKITA (SERIES) "Getting out Of Reverse" | Warner Bros. Entertainment Company Inc. ("WBECI") |
| PA 1-660-823 | LA FEMME NIKITA (SERIES) "There Are No Missions" | WBECI |
| PA 1-660-822 | LA FEMME NIKITA (SERIES) "View Of The Garden" | WBECI |
| PA 1-660-814 | LA FEMME NIKITA (SERIES) "Into The Looking Glass" | WBECI |
| PA 1-660-813 | LA FEMME NIKITA (SERIES) "Man In The Middle" | WBECI |
| PA 1-660-803 | LA FEMME NIKITA (SERIES) "Love, Honor & Cherish" | WBECI |

| PA 1-660-802 | LA FEMME NIKITA (SERIES) "Sympathy For The Devil" | WBECI |
|---|---|---|
| PA 1-660-817 | LA FEMME NIKITA (SERIES) "No One Lives Forever" | WBECI |
| PA 1-660-820 | LA FEMME NIKITA (SERIES) "Down A Crooked Path" | WBECI |
| PA 1-660-808 | LA FEMME NIKITA (SERIES) "He Came From Four" | WBECI |
| PA 1-660-810 | LA FEMME NIKITA (SERIES) "Time To Be Heroes" | WBECI |
| PA 1-660-776 | LA FEMME NIKITA (SERIES) "Hell Hath No Fury" | WBECI |
| PA 1-660-806 | LA FEMME NIKITA (SERIES) "Kiss The Past Goodbye" | WBECI |
| PA 1-660-767 | LA FEMME NIKITA (SERIES)"Line In The Sand" | WBECI |
| PA 1-660-773 | LA FEMME NIKITA (SERIES) "Abort, Fail, Retry, Terminate" | WBECI |
| PA 1-660-770 | LA FEMME NIKITA (SERIES) "Catch A Falling Star" | WBECI |
| PA 1-669-052 | LA FEMME NIKITA (SERIES) "Sleeping With The Enemy" | WBECI |
| PA 1-660-825 | LA FEMME NIKITA (SERIES) "Toys In The Basement" | WBECI |
| PA 1-660-740 | LA FEMME NIKITA (SERIES) "Time Out Of Mind" | WBECI |
| PA 1-660-752 | LA FEMME NIKITA (SERIES) "Face In The Mirror" | WBECI |
| PA 1-660-747 | LA FEMME NIKITA (SERIES) "Up The Rabbit Hole" | WBECI |
| PA 1-660-742 | LA FEMME NIKITA (SERIES) "Four Light Years Farther" | WBECI |
| PA 1-708-363 | NIP/TUCK: Ronnie Chase | WBEI |
| PA 1-708-374 | NIP/TUCK: Gene Shelly | WBEI |
| PA 1-708-386 | NIP/TUCK: Roxy St. James | WBEI |
| PA 1-708-401 | NIP/TUCK: Ricky Wells | WBEI |

| PA 1-708-522 | NIP/TUCK: Manny Skerritt | WBEI |
|---|---|---|
| PA 1-708-506 | NIP/TUCK: Budi Sabri | WBEI |
| PA 1-708-504 | NIP/TUCK: Allegra Caldarello | WBEI |
| PA 1-708-500 | NIP/TUCK: Giselle Blaylock And Legend Chandler | WBEI |
| PA 1-708-582 | NIP/TUCK: Don Hoberman | WBEI |
| PA 1-711-947 | NIP/TUCK: Enigma | WBEI |
| PA 1-708-611 | NIP/TUCK: Briggitte Reinholt | WBEI |
| PA 1-708-577 | NIP/TUCK: Jenny Juggs | WBEI |
| PA 1-708-528 | NIP/TUCK: Abigail Sullivan | WBEI |
| PA 1-708-347 | NIP/TUCK: Alexis Stone | WBEI |
| PA 1-708-345 | NIP/TUCK: Alexis Stone II | WBEI |
| PA 1-708-335 | NIP/TUCK: Lola Wlodkowski | WBEI |
| PA 1-708-466 | NIP/TUCK: Benny Nilsson | WBEI |
| PA 1-708-343 | NIP/TUCK: Wesley Clovis | WBEI |
| PA 1-711-948 | NIP/TUCK: Dan Daly | WBEI |
| PA 1-708-348 | NIP/TUCK: Willow Banks | WBEI |
| PA 1-708-349 | NIP/TUCK: Joel Seabrook | WBEI |
| PA 1-708-330 | NIP/TUCK: Sheila Carlton | WBEI |
| PA 1-708-627 | NIP/TUCK: Virginia Hayes | WBEI |
| PA 1-708-631 | NIP/TUCK: Christian Troy II | WBEI |
| PA 1-708-342 | NIP/TUCK: Dr. Griffin | WBEI |
| PA 1-708-621 | NIP/TUCK: Walter & Edith Krieger | WBEI |
| PA 1-708-478 | NIP/TUCK: Hiro Yoshimura | WBEI |
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |

| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
|---|---|---|
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |

| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
|---|---|---|
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |

| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
|---|---|---|
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; CBS Studios Inc. ("CSI") |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI; CSI |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI; CSI |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI; CSI |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI; CSI |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI; CSI |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI; CSI |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI; CSI |

| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI; CSI |
|---|---|---|
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI; CSI |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI; CSI |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI; CSI |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI; CSI |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI; CSI |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI; CSI |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CSI |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI; CSI |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI; CSI |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CSI |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI; CSI |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI; CSI |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI; CSI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CSI |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CSI |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CSI |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CSI |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CSI |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CSI |

| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CSI |
|---|---|---|
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CSI |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CSI |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CSI |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CSI |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CSI |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CSI |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CSI |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CSI |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CSI |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CSI |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CSI |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CSI |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CSI |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CSI |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CSI |
| PA 1-008-123 | THE WEST WING: Pilot | WBEI |
| PA 999-330 | THE WEST WING: Post Hoc, Ergo Propter Hoc | WBEI |
| PA 999-329 | THE WEST WING: A Proportional Response | WBEI |
| PA 999-328 | THE WEST WING: Five Votes Down | WBEI |

| PA 999-323 | THE WEST WING: The Crackpots and These Women | WBEI |
|---|---|---|
| PA 999-322 | THE WEST WING: Mr. Willis of Ohio | WBEI |
| PA 1-008-118 | THE WEST WING: State Dinner | WBEI |
| PA 999-321 | THE WEST WING: Enemies | WBEI |
| PA 1-008-124 | THE WEST WING: The Short List | WBEI |
| PA 1-008-120 | THE WEST WING: In Excelsis Deo | WBEI |
| PA 1-008-125 | THE WEST WING: Lord John Marbury | WBEI |
| PA 999-319 | THE WEST WING: He Shall, From Time to Time | WBEI |
| PA 1-008-119 | THE WEST WING: Take Out the Trash Day | WBEI |
| PA 1-008-122 | THE WEST WING: Take This Sabbath Day | WBEI |
| PA 1-008-121 | THE WEST WING: Celestial Navigation | WBEI |
| PA 999-318 | THE WEST WING: 20 Hours in L.A. | WBEI |
| PA 999-317 | THE WEST WING: The White House Pro-Am | WBEI |
| PA 999-325 | THE WEST WING: Six Meetings Before Lunch | WBEI |
| PA 999-326 | THE WEST WING: Let Bartlet Be Bartlet | WBEI |
| PA 999-327 | THE WEST WING: Mandatory Minimums | WBEI |
| PA 999-324 | THE WEST WING: Lies, Damn Lies and Statistics | WBEI |
| PA 999-320 | THE WEST WING: What Kind of Day Has It Been | WBEI |
| PA 1-078-726 | THE WEST WING: In the Shadow of Two Gunmen: Part I | WBEI |

| PA 1-076-742 | THE WEST WING: In the Shadow of Two Gunmen: Part II | WBEI |
|---|---|---|
| PA 1-078-727 | THE WEST WING: The Midterms | WBEI |
| PA 1-078-738 | THE WEST WING: In This White House | WBEI |
| PA 1-078-730 | THE WEST WING: And It's Surely to Their Credit | WBEI |
| PA 1-078-728 | THE WEST WING: The Lame Duck Congress | WBEI |
| PA 1-078-741 | THE WEST WING: The Portland Trip | WBEI |
| PA 1-078-732 | THE WEST WING: Shibboleth | WBEI |
| PA 1-078-725 | THE WEST WING: Galileo | WBEI |
| PA 1-078-729 | THE WEST WING: Noel | WBEI |
| PA 1-078-731 | THE WEST WING: The Leadership Breakfast | WBEI |
| PA 1-078-740 | THE WEST WING: The Drop In | WBEI |
| PA 1-192-007 | THE WEST WING: Bartlet's Third State of the Union | WBEI |
| PA 1-078-733 | THE WEST WING: The War at Home | WBEI |
| PA 1-078-734 | THE WEST WING: Ellie | WBEI |
| PA 1-078-743 | THE WEST WING: Somebody's Going to Emergency, Somebody's Going to Jail | WBEI |
| PA 1-078-744 | THE WEST WING: The Stackhouse Filibuster | WBEI |
| PA 1-078-746 | THE WEST WING: 17 People | WBEI |
| PA 1-078-736 | THE WEST WING: Bad Moon Rising | WBEI |
| PA 1-078-745 | THE WEST WING: The Fall's Gonna Kill You | WBEI |
| PA 1-078-737 | THE WEST WING: 18th and Potomac | WBEI |
| PA 1-078-735 | THE WEST WING: Two Cathedrals | WBEI |

| PA 1-110-176 | THE WEST WING: Isaac and Ishmael | WBEI |
|---|---|---|
| PA 1-110-190 | THE WEST WING: The Special Episode | WBEI |
| PA 1-110-186 | THE WEST WING: Manchester: Part 1 | WBEI |
| PA 1-110-187 | THE WEST WING: Manchester: Part 2 | WBEI |
| PA 1-110-173 | THE WEST WING: Ways and Means | WBEI |
| PA 1-110-174 | THE WEST WING: On the Day Before | WBEI |
| PA 1-110-183 | THE WEST WING: War Crimes | WBEI |
| PA 1-110-182 | THE WEST WING: Gone Quiet | WBEI |
| PA 1-110-177 | THE WEST WING: The Indians in the Lobby | WBEI |
| PA 1-110-175 | THE WEST WING: The Women of Qumar | WBEI |
| PA 1-110-168 | THE WEST WING: Bartlet for America | WBEI |
| PA 1-110-188 | THE WEST WING: H. Con-172 | WBEI |
| PA 1-110-181 | THE WEST WING: 100,000 Airplanes | WBEI |
| PA 1-110-180 | THE WEST WING: The Two Bartlets | WBEI |
| PA 1-110-178 | THE WEST WING: Night Five | WBEI |
| PA 1-110-189 | THE WEST WING: Hartsfield's Landing | WBEI |
| PA 1-110-170 | THE WEST WING: Dead Irish Writers | WBEI |
| PA 1-110-185 | THE WEST WING: The U.S. Poet Laureate | WBEI |
| PA 1-110-184 | THE WEST WING: Stirred | WBEI |
| PA 1-110-169 | THE WEST WING: Enemies Foreign and Domestic | WBEI |
| PA 1-110-179 | THE WEST WING: The Black Vera Wang | WBEI |

| PA 1-110-172 | THE WEST WING: We Killed Yamamoto | WBEI |
| PA 1-110-171 | THE WEST WING: Posse Comitatus | WBEI |
| PA 1-148-943 | THE WEST WING: 20 Hours in America Part 1 | WBEI |
| PA 1-148-944 | THE WEST WING: 20 Hours in America Part 2 | WBEI |
| PA 1-148-945 | THE WEST WING: College Kids | WBEI |
| PA 1-148-946 | THE WEST WING: Red Mass | WBEI |
| PA 1-148-947 | THE WEST WING: Debate Camp | WBEI |
| PA 1-148-948 | THE WEST WING: Game On | WBEI |
| PA 1-148-950 | THE WEST WING: Election Night | WBEI |
| PA 1-148-951 | THE WEST WING: Process Stories | WBEI |
| PA 1-148-949 | THE WEST WING: Swiss Diplomacy | WBEI |
| PA 1-148-952 | THE WEST WING: Arctic Radar | WBEI |
| PA 1-148-953 | THE WEST WING: Holy Night | WBEI |
| PA 1-148-954 | THE WEST WING: Guns Not Butter | WBEI |
| PA 1-148-955 | THE WEST WING: The Long Goodbye | WBEI |
| PA 1-148-956 | THE WEST WING: Inauguration: Part 1 | WBEI |
| PA 1-148-957 | THE WEST WING: Inauguration: Part 2- Over There | WBEI |
| PA 1-148-958 | THE WEST WING: The California 47th | WBEI |
| PA 1-148-959 | THE WEST WING: Red Haven's On Fire | WBEI |
| PA 1-148-960 | THE WEST WING: Privateers | WBEI |
| PA 1-148-962 | THE WEST WING: Angel Maintenance | WBEI |
| PA 1-148-961 | THE WEST WING: Evidence of Things Not Seen | WBEI |
| PA 1-148-963 | THE WEST WING: Life on Mars | WBEI |

| | | |
|---|---|---|
| PA 1-148-964 | THE WEST WING: Commencement | WBEI |
| PA 1-148-965 | THE WEST WING: Twenty Five | WBEI |
| PA 1-291-070 | THE WEST WING: 7A WF 83429 | WBEI |
| PA 1-291-071 | THE WEST WING: The Dogs of War | WBEI |
| PA 1-291-072 | THE WEST WING: Jefferson Lives | WBEI |
| PA 1-291-073 | THE WEST WING: Han | WBEI |
| PA 1-291-074 | THE WEST WING: Constituency of One | WBEI |
| PA 1-291-075 | THE WEST WING: Disaster Relief | WBEI |
| PA 1-291-076 | THE WEST WING: Separation of Powers | WBEI |
| PA 1-291-077 | THE WEST WING: Shutdown | WBEI |
| PA 1-291-078 | THE WEST WING: Abu El Banat | WBEI |
| PA 1-291-079 | THE WEST WING: The Stormy Present | WBEI |
| PA 1-291-080 | THE WEST WING: The Benign Prerogative | WBEI |
| PA 1-291-081 | THE WEST WING: Slow News Day | WBEI |
| PA 1-291-082 | THE WEST WING: The Warfare of Genghis Khan | WBEI |
| PA 1-291-083 | THE WEST WING: An Khe | WBEI |
| PA 1-291-084 | THE WEST WING: Full Disclosure | WBEI |
| PA 1-291-085 | THE WEST WING: Eppur Si Muove | WBEI |
| PA 1-291-086 | THE WEST WING: The Supremes | WBEI |
| PA 1-291-087 | THE WEST WING: Access | WBEI |
| PA 1-291-088 | THE WEST WING: Talking Points | WBEI |
| PA 1-291-091 | THE WEST WING: No Exit | WBEI |
| PA 1-291-089 | THE WEST WING: Gaza | WBEI |
| PA 1-291-090 | THE WEST WING: Memorial Day | WBEI |
| PA 1-765-880 | THE WEST WING: NSF Thurmont | WBEI |
| PA 1-765-871 | THE WEST WING: The Birnam Wood | WBEI |
| PA 1-765-857 | THE WEST WING: Third Day Story | WBEI |
| PA 1-765-675 | THE WEST WING: Liftoff | WBEI |

| PA 1-765-770 | THE WEST WING: The Hubbert Peak | WBEI |
|---|---|---|
| PA 1-765-694 | THE WEST WING: The Dover Test | WBEI |
| PA 1-765-764 | THE WEST WING: Change | WBEI |
| PA 1-765-700 | THE WEST WING: In the Room | WBEI |
| PA 1-765-763 | THE WEST WING: Impact Winter | WBEI |
| PA 1-765-665 | THE WEST WING: Faith-Based Initiative | WBEI |
| PA 1-765-791 | THE WEST WING: Opposition Research | WBEI |
| PA 1-765-655 | THE WEST WING: 365 Days | WBEI |
| PA 1-765-797 | THE WEST WING: King Corn | WBEI |
| PA 1-777-436 | THE WEST WING: The Wake Up Call | WBEI |
| PA 1-765-691 | THE WEST WING: Freedonia | WBEI |
| PA 1-765-781 | THE WEST WING: Drought Conditions | WBEI |
| PA 1-765-868 | THE WEST WING: A Good Day | WBEI |
| PA 1-765-861 | THE WEST WING: La Palabra | WBEI |
| PA 1-765-683 | THE WEST WING: Ninety Miles Away | WBEI |
| PA 1-267-465 | THE WEST WING: In God We Trust | WBEI |
| PA 1-267-458 | THE WEST WING: Things Fall Apart | WBEI |
| PA 1-267-457 | THE WEST WING: 2162 Votes | WBEI |
| PA 1-769-538 | THE WEST WING: The Ticket | WBEI |
| PA 1-769-951 | THE WEST WING: The Mommy Problem | WBEI |
| PA 1-769-973 | THE WEST WING: Message of the Week | WBEI |
| PA 1-769-552 | THE WEST WING: Mr. Frost | WBEI |
| PA 1-769-545 | THE WEST WING: Here Today | WBEI |
| PA 1-770-076 | THE WEST WING: The Al Smith Dinner | WBEI |
| PA 1-769-519 | THE WEST WING: The Debate | WBEI |

| PA 1-770-095 | THE WEST WING: Undecideds | WBEI |
|---|---|---|
| PA 1-769-974 | THE WEST WING: The Wedding | WBEI |
| PA 1-770-943 | THE WEST WING: Running Mates | WBEI |
| PA 1-770-946 | THE WEST WING: Internal Displacement | WBEI |
| PA 1-770-106 | THE WEST WING: Duck and Cover | WBEI |
| PA 1-770-103 | THE WEST WING: The Cold | WBEI |
| PA 1-769-535 | THE WEST WING: Two Weeks Out | WBEI |
| PA 1-769-559 | THE WEST WING: Welcome to Wherever You Are | WBEI |
| PA 1-769-543 | THE WEST WING: Election Day | WBEI |
| PA 1-769-526 | THE WEST WING: Election Day: Part 2 | WBEI |
| PA 1-770-950 | THE WEST WING: Requiem | WBEI |
| PA 1-770-908 | THE WEST WING: Transition | WBEI |
| PA 1-770-908 | THE WEST WING: The Last Hurrah | WBEI |
| PA 1-770-077 | THE WEST WING: Institutional Memory | WBEI |
| PA 1-770-906 | THE WEST WING: Tomorrow | WBEI |
| PA 1-743-069 | TREME: Accentuate The Positive | HBO |
| PA 1-739-172 | TREME: Everything I Do Gonh Be Funky | HBO |
| PA 1-750-437 | TREME: OnYour Way Down | HBO |
| PA 1-746-591 | TREME: Santa Claus, Do You Ever Get The Blues? | HBO |
| PA 1-746-579 | TREME: Slip Away | HBO |
| PA 1-746-582 | TREME: Feels Like Rain | HBO |
| PA 1-746-583 | TREME: Carnival Time | HBO |
| PA 1-756-008 | TREME: Can I Change My Mind | HBO |
| PA 1-748-878 | TREME: What Is New Orleans? | HBO |
| PA 1-748-782 | TREME: That's What Lovers Do? | HBO |
| PA 1-748-781 | TREME: Do Whatcha Wanna | HBO |